UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian Waldner, individually and as the representative of a class of similarly situated persons, and on behalf of The 401(k) Savings and Retirement Plan, Sponsored by Natixis Investment Managers, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>Natixis Investment Managers, L.P., Natixis Investment Managers, L.P. Retirement Committee, and John and Jane Does 1–20,<br><br>Defendants. | Case No. 1:21-cv-10273<br><br>**MOTION TO WITHDRAW APPEARANCE OF CAROLINE E. BRESSMAN** |

Pursuant to Local Rule 83.5.2(c) of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, undersigned counsel hereby moves to withdraw the appearance of Caroline E. Bressman, formerly of Nichols Kaster, PLLP, on behalf of Plaintiff Brian Waldner, individually and as the representative of a class of similarly situated persons, and on behalf of The 401(k) Savings and Retirement Plan, Sponsored by Natixis Investment Managers, L.P., in the above-captioned action. Plaintiff will continue to be represented by counsel from Nichols Kaster, PLLP and Block & Leviton, LLP and will not be prejudiced by this withdrawal. The undersigned thus respectfully requests that the Court remove Caroline E. Bressman from the docket as counsel of record in this action.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: February 17, 2023 | NICHOLS KASTER, PLLP |
|  | s/Brock J. Specht<br>Paul J. Lukas (admitted *pro hac vice)*<br>Brock J. Specht (admitted *pro hac vice*)<br>Patricia C. Dana (admitted *pro hac vice*)<br>NICHOLS KASTER, PLLP<br>4700 IDS Center, 80 S. 8th Street<br>Minneapolis, Minnesota 55402<br>lukas@nka.com<br>bspecht@nka.com<br>pdana@nka.com |
|  | Jason M. Leviton (BBO #678331)<br>BLOCK & LEVITON LLP<br>260 Franklin Street, Suite 1860<br>Boston, Massachusetts 02110<br>(617) 398-5600<br>jason@blockesq.com |
|  | ATTORNEYS FOR PLAINTIFF |

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendants regarding the above motion, and counsel for Defendants do not oppose the motion.

Dated: February 17, 2023                                              s/Brock J. Specht

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF CAROLINE E. BRESSMAN** was served by CM/ECF to the parties registered to the Court's CM/ECF system and served via U.S. Mail on Plaintiff Brian Waldner.

Dated: February 17, 2023                                              s/Brock J. Specht