UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Brian Waldner, *individually and as the representative of a class of similarly situated persons, and on behalf of The 401(k) Savings and Retirement Plan, Sponsored by Natixis Investment Managers, L.P.*

                Plaintiff,

   v.

                           Civil Action No. 1:21-10273-LTS

Natixis Investment Managers, L.P. et al.,

                Defendants.

_____

## JUDGMENT

June 26, 2025

SOROKIN, D.J.

Pursuant to the Court's Findings of Fact and Conclusion of Law, Doc. No. 261, judgment on both counts shall enter in favor of Defendants and against Plaintiff. Each side shall bear their own fees and costs.

                                           SO ORDERED.

                                           /s/ Leo T. Sorokin
                                          United States District Judge